Matt Valenti (Bar No. 253978)
ANTICANCER, INC.
7917 Ostrow Street
San Diego, CA 92111
Telephone:	858-654-2255
Facsimile:	858-268-4175
E-Mail:	mattvalenti@anticancer.com

Attorney for AntiCancer, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PFIZER INC, CROWN BIOSCIENCE, INC., and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 11 CV 0107 JLS (RBB)<br><br>**NOTICE OF OBJECTION TO COURT'S CONDITIONS FOR AMENDMENT** |

Plaintiff AntiCancer, Inc. ("AntiCancer") hereby objects to the Court's conditions for amendment of its Preliminary Infringement Contentions, pursuant to the Court's Order dated June 1, 2012 (D.E. 63).

DATED: June 29, 2012          Respectfully submitted,

                              ANTICANCER, INC.


                              By:  /s/ *Matt Valenti*
                                   MATT VALENTI
                                   Attorney for Plaintiff AntiCancer, Inc.

# **CERTIFICATE OF SERVICE**

    I hereby certify that, on June 29, the foregoing document entitled **NOTICE OF OBJECTION TO COURT'S CONDITIONS FOR AMENDMENT** was filed via the Case Management/Electronic Case Filing (CM/ECF) system, with service to be made on all parties via the automated generation and e-mailing of a Notice of Electronic Filing (NEF) by the CM/ECF system.

By:   /s/ *Matt Valenti*
        MATT VALENTI
   Attorney for Plaintiff AntiCancer, Inc.