# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC. a California corporation,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>PFIZER INC., a Delaware corporation, CROWN BIOSCIENCE, INC., a California corporation, and DOES 1–50,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 11CV107 JLS (RBB)<br><br>**ORDER ENTERING SUMMARY JUDGEMENT ON PATENT INFRINGEMENT CLAIMS**<br><br>(ECF No. 73) |

　　　Presently before the Court is AntiCancer, Inc.'s ("AntiCancer") Notice of Objection to Court's Conditions for Amendment.  (ECF No. 73)  On June 1, 2012, the Court denied in part Defendants Pfizer Inc. ("Pfizer") and CrownBioscience, Inc.'s ("CrownBio," and collectively "Defendants") Motion for Summary Judgment of Noninfringement Based on Defective Infringement Contentions, (MSJ, ECF No. 38). (Order, June 1, 2012, ECF No. 63)  Instead, the Court gave AntiCancer a choice: amend its defective Preliminary Infringement Contentions and reimburse Defendants for the costs associated with their motion for summary judgment, or object to the Court's conditions for amendment and have summary judgment be granted in Defendants' favor.  (*Id.* at 16)

　　　On June 29, 2012, AntiCancer objected to the Court's conditions for amendment.  (ECF No. 73)  Accordingly, summary judgment is **HEREBY GRANTED** in Defendants' favor on the fourth and fifth claims for relief in AntiCancer's Second Amended Complaint, (ECF No. 72).

The parties are reminded to meet and confer and to submit a joint proposal for a revised case management schedule <u>on or before July 13, 2012</u>.  Upon receipt of the parties' joint proposal, the Court will lift the stay in this matter and will vacate the status hearing, currently scheduled for July 20, 2012.

**IT IS SO ORDERED**.

DATED:  July 2, 2012

_____
Honorable Janis L. Sammartino
United States District Judge