AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

AntiCancer, Inc.

### V.

Pfizer, Inc.; Crown Bioscience, Inc.

### JUDGMENT IN A CIVIL CASE

**CASE NUMBER:**   11CV0107-JLS(RBB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that summary judgment is hereby granted in favor of Defendant Crown Bioscience, Inc. on the fourth and fifth claims for relief in AntiCancer's Second Amended Complaint.

| July 16, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

J. Petersen

(By) Deputy Clerk

ENTERED ON July 16, 2012