# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PFIZER INC., a Delaware corporation, et al.,<br><br>Defendants. | CASE NO. 11CV107 JLS (RBB)<br><br>**ORDER DENYING AS MOOT DEFENDANT CROWN BIOSCIENCE INC.'S EX PARTE MOTION FOR ENTRY OF JUDGMENT**<br><br>(ECF No. 76) |

Presently before the Court is Defendant Crown Bioscience Inc.'s ("CrownBio") Ex Parte Motion for Entry of Judgment. (ECF No. 76) The clerk entered judgment in favor of CrownBio on July 16, 2012. (ECF No. 80) Accordingly, CrownBio's ex parte motion is hereby **DENIED AS MOOT**.

**IT IS SO ORDERED**.

DATED: July 17, 2012

Honorable Janis L. Sammartino
United States District Judge