# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PFIZER INC., a Delaware corporation, et al.,<br><br>Defendants. | CASE NO. 11CV107 JLS (RBB)<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION OF VOLUNTARY DISMISSAL, WITH PREJUDICE**<br><br>(ECF No. 85) |

Presently before the Court is the parties' Joint Motion and Stipulation of Voluntary Dismissal, With Prejudice. (ECF No. 85). The parties having reached a settlement of this action,

**IT IS HEREBY ORDERED**:

1. AntiCancer's Second Amended Complaint is dismissed, **WITH PREJUDICE**.
2. Each party shall bear their respective attorney's fees and costs of suit.

**IT IS SO ORDERED.**

DATED: September 28, 2012

Honorable Janis L. Sammartino
United States District Judge