# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>PFIZER INC., a Delaware Corporation; CROWN BIOSCIENCE, INC., a California Corporation, and DOES 1-10,<br><br>    Defendants. | CASE No. 11-cv-107 JLS (RBB)<br><br>**ORDER DISMISSING WITH PREJUDICE ANTICANCER'S FIFTH CLAIM AND DENYING AS MOOT DEFENDANTS' PENDING MOTIONS FOR SUMMARY JUDGMENT**<br><br>(ECF No. 103, 104, 108) |

Presently before the Court is the Parties' Joint Stipulation of Withdrawal and Dismissal with Prejudice of AntiCancer's Fifth Claim Pursuant to FRCP 41. (ECF No. 108.)  Good cause appearing, the Court hereby **DISMISSES WITH PREJUDICE** Anticancer's Fifth Claim for relief in its Second Amended Complaint, for infringement of the '337 Patent against Defendants.  Accordingly, the Court **DENIES** as moot Defendants' pending motions for summary judgment as to AntiCancer's Fifth Claim for Infringement of the '337 Patent. (ECF No. 103, 104.)

**IT IS SO ORDERED**.

DATED: April 20, 2015

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge