Martin B. Pavane (Admitted *pro hac vice*)
Lisa A. Ferrari (Admitted *pro hac vice*)
Cozen O'Connor
277 Park Avenue
New York, NY 10172
Tel: 212-883-4900
Email: mpavane@cozen.com
       lferrari@cozen.com

Amanda M. Lorenz, Esq. (SBN 264336)
COZEN O'CONNOR
501 West Broadway, Suite 1610
San Diego, CA 92101
Telephone: 619.234.1700
Email: alorenz@cozen.com

Attorneys for Plaintiff Anticancer, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTICANCER, INC., a California limited liability company, | ) ) ) | Case No. 11-cv-0107 JLS (RBB) |
| Plaintiff, | ) ) | **NOTICE OF WITHDRAWAL** |
| vs. | ) ) ) | *Honorable Janis L. Sammartino* |
| PFIZER INC., a Delaware Corporation, | ) ) ) | |
| Defendant. | ) ) ) | |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Matt Valenti is withdrawing as counsel of record for plaintiff AntiCancer, Inc. in the above-captioned action.

Dated:    June 3, 2016                    COZEN O'CONNOR

By: /s/ Lisa A. Ferrari
Martin B. Pavane
Lisa A. Ferrari
Cozen O'Connor
277 Park Avenue
New York, NY 10172
MPavane@cozen.com
LFerrari@cozen.com
Tel: 212-883-4900

Amanda M. Lorenz (Bar No. 264336)
Cozen O'Connor
501 West Broadway, Suite 1610
San Diego, CA 92101
ALorenz@cozen.com
Tel: (619) 685-1705

Attorneys for Plaintiff AntiCancer, Inc.

NOTICE OF WITHDRAWAL
LEGAL\26949294\1 19285.0001.000/370221.000