| | |
|---|---|
| 1 | Martin B. Pavane (Admitted *pro hac vice*) |
| | Lisa A. Ferrari (Admitted *pro hac vice*) |
| 2 | Cozen O'Connor |
| | 277 Park Avenue |
| 3 | New York, NY 10172 |
| | Tel: 212-883-4900 |
| 4 | E-mail: mpavane@cozen.com |
| | lferrari@cozen.com |
| 5 | |
| | Amanda M. Lorenz (Bar No. 264336) |
| 6 | Cozen O'Connor |
| | 501 West Broadway |
| 7 | Suite No. 1601 |
| | San Diego, CA 92101 |
| 8 | Tel.: 619-234-1700 |
| | Email: alorenz@cozen.com |
| 9 | |
| | Attorneys for Plaintiff AntiCancer, Inc. |
| 10 | |
| 11 | Richard de Bodo (Bar No. 128199) |
| | Olga Berson (Bar No. 227763) |
| 12 | Morgan, Lewis & Bockius LLP |
| | 1601 Cloverfield Boulevard |
| 13 | Suite 2050N |
| | Santa Monica, California 90404-4082 |
| 14 | Tel: 310-907-1000 |
| | E-mail: rich.debodo@morganlewis.com |
| 15 | Olga.berson@morganlewis.com |
| 16 | Attorneys for Defendant Pfizer Inc. |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTICANCER, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER INC., a Delaware corporation,<br>Defendant. | Case No. 11 CV 0107 JLS (RBB)<br><br>**Joint Motion For Entry of Judgment and Dismissal**<br><br>**Ctrm:** Hon. Janis L. Sammartino |

Plaintiff AntiCancer, Inc. ("AntiCancer") and Defendant Pfizer Inc. ("Pfizer"), by and through their respective counsel of record, hereby stipulate and move the Court to enter judgment in favor of Pfizer on AntiCancer's claims for infringement of U.S. Patent Nos. 6,649,159 (the "'159

Patent"), 5,569,812 (the "'812 Patent"), and RE39,337 (the "'337 Patent") (collectively, "Patents-in-Suit") and to dismiss with prejudice all claims in the Second Amended Complaint (ECF No. 72).

WHEREAS AntiCancer filed a complaint (ECF No. 1) and initiated this action against Pfizer on January 19, 2011, and later filed a first amended complaint (ECF No. 19) and a second amended complaint (ECF No. 72), and WHEREAS AntiCancer asserted contract claims and claims for infringement of the '812, '337, and '159 Patents against Pfizer;

WHEREAS on March 12, 2012, Pfizer filed a motion for summary judgment of noninfringement (ECF No. 38), and, on June 1, 2012, the Court issued an order granting summary judgment in favor of Pfizer on AntiCancer's claim for infringement of the '812 patent;

WHEREAS on March 27, 2015, Pfizer filed a motion for summary judgment of noninfringement of the '337 Patent (ECF No. 104), and on April 20, 2015, the Court issued an Order dismissing AntiCancer's claim for infringement of the '337 Patent with prejudice (ECF No. 109);

WHEREAS on June 13, 2016, Pfizer filed a motion for summary judgment of noninfringement of the '159 Patent, and on July 19, 2016, the Court issued an order dismissing AntiCancer's claim for infringement of the '159 Patent with prejudice (ECF No. 141);

WHEREAS on September 28, 2012, AntiCancer's contract claims were dismissed with prejudice (ECF No. 86); and

WHEREAS the Parties entered into a settlement agreement resolving all remaining issues in the case and agreed that Pfizer does not infringe the Patents-in-Suit.

NOW THEREFORE, THE PARTIES RESPECTFULLY REQUEST that the Court

1. Enter judgment in favor of Pfizer on AntiCancer's claims for infringement of the '812 Patent, the '337 Patent, and the '159 Patent.

2. Dismiss with prejudice all claims in the Second Amended Complaint (ECF No. 72) and dispose of this action in its entirety. Each Party shall bear its respective attorneys' fees and costs in this action.

A proposed Judgment and Order is submitted herewith.

Dated: October 10, 2016

Respectfully submitted,

/s/ Olga Berson

Richard de Bodo (Bar No. 128199)
Olga Berson (Bar No. 227763)
Morgan, Lewis & Bockius LLP
1601 Cloverfield Boulevard
Suite 2050N
Santa Monica, California 90404-4082
Tel: (310) 907-1000
Rich.debodo@morganlewis.com
Olga.berson@morganlewis.com

Attorneys for Defendant Pfizer Inc.

/s/ Martin B. Pavane

Martin B. Pavane (*pro hac vice*)
Lisa A. Ferrari (*pro hac vice*)
Cozen O'Connor
277 Park Avenue
New York, NY 10172
MPavane@cozen.com
LFerrari@cozen.com
Tel: 212-883-4900
Fax: 212-986-0604

Amanda M. Lorenz (Bar No. 264336)
Cozen O'Connor
501 West Broadway, Suite 1610
San Diego, CA 92101
ALorenz@cozen.com
Tel: (619) 685-1705
Fax: 619-234-7831

Attorneys for AntiCancer, Inc.

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of 18 years, and not a party to the action.  My business address is Morgan, Lewis & Bockius LLP, 1601 Cloverfield Boulevard, Suite 2050N, Santa Monica, California. On October 10, 2016, I served the within documents:

1. **JOINT MOTION FOR ENTRY OF JUDGMENT AND DISMISSAL**
2. **[PROPOSED] JUDGMENT AND DISMISSAL**

☒  I hereby certify that on October 10, 2016 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

Executed on October 10, 2016 in Santa Monica, California.

s/ Olga Berson
Olga Berson
