# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California Corporation,<br><br>                              Plaintiff,<br><br>v.<br><br>PFIZER INC., a Delaware Corporation,<br><br>                              Defendant. | Case No.:  11-cv-107-JLS (RBB)<br><br>**ORDER DIRECTING ENTRY OF JUDGMENT AND DISMISSING CASE**<br><br>(ECF No. 151) |

Presently before the Court is AntiCancer, Inc.'s and Pfizer, Inc.'s Joint Motion for Entry of Judgment and Dismissal.  (ECF No. 151.)  The parties request an entry of "judgment in favor of Pfizer on AntiCancer's claims for infringement" of the '812, '337, and '159 Patents and a "[d]ismiss[al] with prejudice [of] all claims in the Second Amended Complaint" such that the action is disposed in its entirety.  (*Id.* at 1–2.)  Good cause appearing, the Court hereby **GRANTS** the parties' Joint Motion.  The Clerk **SHALL** enter judgment in favor of Pfizer regarding AntiCancer's claims for infringement of the '812,

///

///

///

///

///

1

'337, and '159 Patents.  Because this concludes the litigation in this matter, the Clerk **SHALL** close the file.

      **IT IS SO ORDERED**.

Dated:  October 12, 2016

Hon. Janis L. Sammartino
United States District Judge

11-cv-107-JLS (RBB)